POST, POLAK, GOODSELL,
MACNEILL & STRAUCHLER, P.A.
425 EAGLE ROCK AVENUE – SUITE 200
ROSELAND, NEW JERSEY 07068-1717
(973) 228-9900
Attorneys for Plaintiffs, Frank Krause and William Martin
PPGM&S File No. 4341.00001

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK KRAUSE AND WILLIAM MARTIN, | Civil Action No.: 3:09-cv-02871 (TAB) (JAP) |
| Plaintiffs, | **NOTICE OF MOTION FOR SUMMARY JUDGMENT** |
| vs. | |
| MANALAPAN TOWNSHIP, | |
| Defendant. | *Document electronically filed* |

**TO:**

Clerk
United States District Court
District of New Jersey
Clarkson S. Fisher Building &
U.S. Courthouse
402 East State Street, Room 2020
Trenton, New Jersey 08608

John F. Gelson, Esq.
McLaughlin, Gelson, D'Apolito &
Stauffer, LLC
Monmouth Shores corporate Park
1305 Campus Parkway, Suite 200
Wall Township, New Jersey 07753
*Attorneys for Defendant*

**PLEASE TAKE NOTICE THAT** on February 22, 2011 or as soon thereafter as counsel may be heard, plaintiffs Frank Krause and William Martin, shall move before the Honorable Joel A. Pisano, U.S.D.J., United States District

{00187183.1}

Court, District of New Jersey, U.S. Post Office Building, Courtroom 1, 402 East State Street, Trenton, New Jersey, for an order granting summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure.

**PLEASE TAKE FURTHER NOTICE** that plaintiffs shall rely upon the following pleadings submitted herewith:

1. Statement of Undisputed Facts;

2. Certification of Holly English, Esq. with Exhibits A-N;

3. Affidavit of William Martin;

4. Affidavit of Frank Krause;

5. Brief in Support of Motion for Summary Judgment.

A proposed form of an order is enclosed herewith.

**PLEASE TAKE FURTHER NOTICE** that plaintiffs request oral argument.

Dated: January 28, 2011   /s/ Frederick B. Polak
Frederick B. Polak, Esq.
**POST, POLAK, GOODSELL,
MacNEILL & STRAUCHLER, P.A.**
425 Eagle Rock Avenue – Suite 200
Roseland, New Jersey 07068-1717
Telephone 973-228-9900
Facsimile 973-994-1705
*Attorneys for Plaintiffs
Frank Krause and William Martin*