POST, POLAK, GOODSELL,
MACNEILL & STRAUCHLER, P.A.
425 EAGLE ROCK AVENUE – SUITE 200
ROSELAND, NEW JERSEY 07068-1717
(973) 228-9900
Attorneys for Plaintiffs, Frank Krause and William Martin
PPGM&S File No. 4341-01

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| FRANK KRAUSE AND WILLIAM MARTIN,<br><br>Plaintiffs,<br><br>vs.<br><br>MANALAPAN TOWNSHIP,<br><br>Defendant. | Civil Action No.: 3:09-cv-02871 (TAB) (JAP)<br><br>**CERTIFICATION OF**<br>**HOLLY ENGLISH, ESQ.**<br><br>*Document electronically filed* |

Holly English, of full age, does say:

1. I am of counsel with Post, Polak, Goodsell, MacNeill & Strauchler, P.A., which represents the plaintiffs in this matter. I submit this certification in support of plaintiffs' motion for summary judgment.

2. Plaintiffs retained Dennis McSweeney as an expert for this lawsuit in the spring of 2010.

{00186895.1}                                      1

3. Attached as Exhibit A are true copies of excerpts from the deposition of plaintiff Frank Krause.

4. Attached as Exhibit B are true copies of excerpts from the deposition of plaintiff William Martin.

5. Attached as Exhibit C are true copies of excerpts from the deposition of John McCormack.

6. Attached as Exhibit D are true copies of excerpts from the deposition of Michael Rumola.

7. Attached as Exhibit E are true copies of excerpts from the deposition of Stuart C. Brown.

8. Attached as Exhibit F are true copies of excerpts from the deposition of Louis Moreto.

9. Attached as Exhibit G are true copies of excerpts from the Manalapan Police Department canine policy, issued January 6, 2004.

10. Attached as Exhibit H are true copies of excerpts from the deposition of Dennis McSweeney.

11. Attached as Exhibit I are true copies of excerpts from the expert report issued by Dennis McSweeney.

12. Attached as Exhibit J are true copies of excerpts from the deposition of Kenneth Wallentine.

13. Attached as Exhibit K are true copies of excerpts from the expert report issued by Kenneth Wallentine.

14. Attached as Exhibit L are true copies of excerpts from a book by Kenneth Wallentine entitled *K9 Officer's Legal Handbook*,

15. Attached as Exhibit M are true copies of excerpts from the Manalapan Police Department "Police Canine Policy," issued August 1, 2007.

16. Attached as Exhibit N are true copies of excerpts from the Attorney General's canine guidelines, revised in July 2002.

I hereby certify that the foregoing statements made by me are true to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Date: January 28, 2011

_____
Holly English, Esq.